John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113- 2286
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

*E-filed 9/28/06*

Attorney for Defendant, Yuefei Ge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LAN LEE and YUEFEI GE,<br><br>　　　　Defendants. | No. CR-06-00424 JW<br><br>STIPULATION TO MODIFY<br>CONDITIONS OF RELEASE |

　　　　It is hereby stipulated and agreed between Defendants LAN LEE and YUEFEI GE , by and through their counsels of record, Thomas J. Nolan, Esq. and John L. Williams, Esq., and the United States, by and through Assistant United States Attorney Matthew A. Parrella, as follows:

　　　　1.　　　　Presently one the conditions of release for both Mr. Lee and Mr. Ge is that they may have no contact with each other unless the contact takes place in the presence of an attorney for the defense.

　　　　2.　　　　Based upon the complexity of the issues of the case, the technology involved in the case, and the prospective defenses in the case, the parties to this matter

have agreed to modify this condition of release so that Mr. Lee and Mr. Ge can meet and confer outside the presence of their counsel so long as these communications take place within the offices of an attorney for the defense.

For the foregoing reasons, and that the ends of Justice are served by continuing this case, the parties stipulate and request that the conditions of release for Lan Lee and Yuefei Ge be modified to allow for contact with each other outside of the presence of their attorneys, so long as this contact occurs at the offices of the attorneys.

IT IS SO STIPULATED.

Dated: August 29, 2006

KEVIN V. RYAN
United States Attorney

_/s/_
MATTHEW A. PARRELLA
Assistant United States Attorney

Dated: August 29, 2006

_/s/_
JOHN L. WILLIAMS
Attorney for YUEFEI GE

Dated: August 29, 2006

_/s/_
THOMAS J. NOLAN
Attorney for LAN LEE

2

U.S. v. Lee & Ge – No. CR-06-00424 JW
STIPULATION TO MODIFY CONDITIONS OF RELEASE

IT IS SO ORDERED.

Upon good cause shown, the terms of release for defendants LAN LEE and YUEFEI GE are modified to allow for contact between the defendants without the presence of a defense attorney, so long as the contact occurs within the offices of said attorneys.

Dated:    9/28/06

_____
HOWARD R. LLOYD
United States Magistrate Judge