1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5042
7      FAX: (408)535-5066
       matthew.parrella@usdoj.gov
8  Attorneys for Plaintiff

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,        )   No. CR-06-00424 JW
                                    )
13            Plaintiff,            )
                                    )   STIPULATION CONTINUING STATUS
14                                  )   DATE AND EXCLUDING TIME AND
        v.                          )   [~~PROPOSED~~] ORDER
15                                  )
                                    )
16 LAN LEE,                         )
   a/k/a Lan Li, and                )
17 YUEFEI GE,                       )
            Defendants.             )
18 _____ )

19     IT IS HEREBY STIPULATED AND AGREED, by and between Kevin V. Ryan, United

20 States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the

21 United States of America, and Thomas J. Nolan, Esq. and John Williams, Esq., counsel for

22 defendants, that the status date currently scheduled for February 5, 2007, be vacated and

23 continued to April 2, 2007, or to a date thereafter at the convenience of the Court.

24     This Stipulation is entered into for the following reasons:

25     1.    Discovery is continuing. The defendants have received 8 hard drives which are

26 clones of the computers searched during the investigation. In addition, the defendants have made

27

28 STIPULATION CONTINUING STATUS DATE,
   EXCLUDING TIME, AND [~~PROPOSED~~] ORDER

*Stamps: RECEIVED JAN 29 '07; FILED JAN 3 0 2007, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

1  further requests to which the government is in the process of responding. A complete review of
2  this evidence is necessary before any meaningful discussions on the indictment can proceed.
3      2.    Counsel for the defendants have spoken with the defendants and the defendants
4  have no objections to the continuance sought herein.
5      3.    The defendants are not in custody.
6      4.    This continuance is sought to save the court's time and resources, to allow time
7  for the Defendants and the Government to evaluate and analyze discovery information which will
8  have a bearing on future negotiations.
9      5.    Additionally, denial of this request could result in a miscarriage of justice, taking
10 into account the exercise of due diligence.
11     6.    The additional time requested by this stipulation is excludable in computing the
12 time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,
13 United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the
14 factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

16 DATED this 26th day of JANUARY, 2007.

18 KEVIN V. RYAN
    United States Attorney

21 MATTHEW A. PARRELLA                     1-26-07
    Assistant United States Attorney                       DATE

24 THOMAS J. NOLAN                                    DATE
    Attorney for Defendant LEE

26 JOHN WILLIAMS                                   1-26-07
    Attorney for Defendant GE                              DATE

28 STIPULATION CONTINUING STATUS DATE,
    EXCLUDING TIME, AND [PROPOSED] ORDER

1  further requests to which the government is in the process of responding. A complete review of
2  this evidence is necessary before any meaningful discussions on the indictment can proceed.
3       2.   Counsel for the defendants have spoken with the defendants and the defendants
4  have no objections to the continuance sought herein.
5       3.   The defendants are not in custody.
6       4.   This continuance is sought to save the court's time and resources, to allow time
7  for the Defendants and the Government to evaluate and analyze discovery information which will
8  have a bearing on future negotiations.
9       5.   Additionally, denial of this request could result in a miscarriage of justice, taking
10 into account the exercise of due diligence.
11      6.   The additional time requested by this stipulation is excludable in computing the
12 time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,
13 United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the
14 factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

16 DATED this 23 day of January, 2007.

18 KEVIN V. RYAN
   United States Attorney

21 MATTHEW A. PARRELLA                                         DATE
   Assistant United States Attorney

23 _____                             23/Jan/07
   THOMAS J. NOLAN                                             DATE
24 Attorney for Defendant LEE

26 JOHN WILLIAMS                                               DATE
   Attorney for Defendant GE

28 STIPULATION CONTINUING STATUS DATE,
   EXCLUDING TIME, AND [PROPOSED] ORDER

1  Based upon the foregoing representations made by the parties by stipulated motion, and
2  good cause appearing therefor,
3  **IT IS HEREBY ORDERED** that the time between April 10, 2006 and June 5, 2006
4  shall be excluded from the computation the period within which the trial must commence, for the
5  reasons and based upon the statutory provisions set forth above, and for those reasons proffered
6  by the parties. The Court finds that the ends of justice outweigh the interests of the public and
7  the parties in a speedier trial based upon the grounds set forth above.
8  **IT IS FURTHER ORDERED** that the matter shall be removed from the Court's
9  calendar on February 5, 2007 and set for status on March 26, 2007, or a date thereafter at the
10 convenience of the Court.
11 DATED:
12    1/30/2007
13
14                                          JAMES WARE
                                            United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28 STIPULATION CONTINUING STATUS DATE,
   EXCLUDING TIME, AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

Lan Lee ~~UNDERSEAL~~ et al,

          Defendant.

Case Number: CR06-00424 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Lyle Williams
Manchester, Williams & Seibert
125 S. Market Street Suite 1100
San Jose, CA 95113

Matthew A. Parrella
US Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Thomas J. Nolan
Nolan, Armstrong, & Barton LLP
600 University Avenue
Palo Alto, CA 94301

Dated: January 30, 2007

Richard W. Wieking, Clerk

By: Elizabeth C. Garcia, Deputy Clerk