E-FILED

Thomas J. Nolan, Esq., SBN: 48413

Nolan, Armstrong & Barton, LLP

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

RECEIVED
'07 FEB 28 PM 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
MAR - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorney for Defendant
Lan Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) Case No. CR 06-00424 JW |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] AS<br>) ORDER MODIFYING PROTECTIVE |
| vs. | ) ORDER |
| LAN LEE and YUEFIE GE, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States and defendants Lan Lee and Yufei Ge and their respective counsel, that the following modification to the existing Protective Order in this case (filed July 18, 2006) be modified ad follows:

- Renumber paragraph 8 as paragraph 8A.

- Add paragraph 8B, to read:

"Notwithstanding paragraph 3, in addition to reviewing Confidential Material at the offices of defendants LEE's and GE's counsel, a defense expert who has executed an Acknowledgment may review, possess, and store Confi-

-1-

dential Material at his or her home or office. Any defense expert who is to review, possess, or store Confidential Material at his or her home or office shall acknowledge the obligations (as set forth in paragraph 4) to keep such information in a manner reasonably intended to preserve and maintain the confidentiality of the information and shall not disclose such information to any individuals except as authorized by this Stipulated Protective Order."

Kevin Ryan, United States Attorney

DATED: 2/27/07

By Matthew A. Parrella
Assistant United States Attorney

DATED: 2/20/07

Thomas J. Nolan, Esq.,
Attorney for Defendant,
Lan Lee

DATED: 2-21-07

John L. Williams, Esq.,
Attorney for Defendant
Yufei Ge

Based upon the foregoing, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Protective Order in this case is so modified.

DATED: 3/1/07

~~James Ware~~ RICHARD SEEBORG
United States ~~District Judge~~
MAGISTRATE JUDGE