ORIGINAL

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5042
    FAX: (408)535-5066
    matthew.parrella@usdoj.gov

Attorneys for Plaintiff

RECEIVED 2007 MAR -8 AM 11: 46 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00424 JW |
| Plaintiff, | STIPULATION CONTINUING STATUS DATE AND EXCLUDING TIME AND [PROPOSED] ORDER |
| v. | |
| LAN LEE, a/k/a Lan Li, and YUEFEI GE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Scott N. Schools, United States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the United States of America, and Thomas J. Nolan, Esq. and John Williams, Esq., counsel for defendants, that the status date currently scheduled for March 26, 2007, be vacated and continued to April 9, 2007, or to a date thereafter at the convenience of the Court.

This Stipulation is entered into for the following reasons:

1.     A previous stipulation and proposed ordered was submitted by the parties and signed by the court on January 30, 2007. The intent of the parties was to continue the matter for status until April 2, 2007. However, due to an unnoticed typographical error, the requested status

1 date on the previous order incorrectly remained March 26, 2007. The court signed that order and
2 the matter presently is scheduled for status on March 26, 2007. It is the intent of this stipulation
3 to correct that error and also to inform the court of a new request to continue the status date to
4 April 9, 2007.

5     2. Since the previous stipulation, the parties have entered into a stipulation
6 modifying the protective order which will expedite the review of the confidential discovery by
7 the defense experts. As stated in the previous stipulation, discovery is continuing. The
8 government has also recently responded to defense requests for additional discovery. A complete
9 review of this evidence is necessary before any meaningful discussions on the indictment can
10 proceed.

11     3. Since the previous stipulation, counsel for defendant Lee has informed the parties
12 that he has a matter scheduled in court in Orange County, California, and requests that this matter
13 be set for April 9, 2007.

14     4. Counsel for the defendants have spoken with the defendants and the defendants
15 have no objections to the continuance sought herein.

16     5. The defendants are not in custody.

17     6. This continuance is sought to save the court's time and resources, to allow time
18 for the Defendants and the Government to evaluate and analyze discovery information which will
19 have a bearing on future negotiations.

20     7. Additionally, denial of this request could result in a miscarriage of justice, taking
21 into account the exercise of due diligence.

22 ///
23 ///
24 ///

28 STIPULATION CONTINUING STATUS DATE, EXCLUDING TIME, AND [PROPOSED] ORDER

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED this 7 day of March, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____     3-7-07
MATTHEW A. PARRELLA                   DATE
Assistant United States Attorney

_____     _____
THOMAS J. NOLAN                       DATE
Attorney for Defendant LEE

_____     _____
JOHN WILLIAMS                         DATE
Attorney for Defendant GE

///
///
///

STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED this _____ day of _____, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____    _____
MATTHEW A. PARRELLA             DATE
Assistant United States Attorney

_____    3/7/07
THOMAS J. NOLAN                 DATE
Attorney for Defendant LEE

_____    _____
JOHN WILLIAMS                   DATE
Attorney for Defendant GE

///
///
///

STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER

///

///

///

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED this _____ day of _____, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____

MATTHEW A. PARRELLA                              DATE
Assistant United States Attorney

_____                  DATE
THOMAS J. NOLAN
Attorney for Defendant LEE

                                                 3-7-07
_____                  DATE
JOHN WILLIAMS
Attorney for Defendant GE

///

STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER

1     Based upon the foregoing representations made by the parties by stipulated motion, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the time between February 5, 2007 and April 9, 2007 shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth above, and for those reasons proffered by the parties. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

    **IT IS FURTHER ORDERED** that the matter shall be removed from the Court's calendar on March 26, 2007 and set for status on April 9, 2007, or a date thereafter at the convenience of the Court.

DATED:   3/8/2007

_____
JAMES WARE
United States District Judge

STIPULATION CONTINUING STATUS DATE, EXCLUDING TIME, AND [PROPOSED] ORDER