SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5042
    FAX: (408)535-5066
    matthew.parrella@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAN LEE, <br> a/k/a Lan Li, and <br> YUEFEI GE, <br><br> Defendants. | No. CR-06-00424 JW <br><br> STIPULATION CONTINUING STATUS DATE AND EXCLUDING TIME AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between Scott N. Schools, United States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the United States of America, and Thomas J. Nolan, Esq. and Edward W. Swanson, Esq., counsel for defendants, that the status date currently scheduled for January 14, 2008, be vacated and continued to January 28, 2008, or to a date thereafter at the convenience of the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the government will be out of the district and may be traveling on the day of the next court appearance. Counsel for defendant Ge has numerous court appearances in San Francisco on that same day.

2. Counsel for defendant Ge is new to the case and is reviewing a protective order allowing him access to certain confidential discovery. In addition, counsel for defendant Ge has inquired about portions of the discovery and the government is researching its response. As stated in the previous stipulation, discovery is continuing. A complete review of this evidence is necessary before any meaningful discussions on the indictment can proceed.

3. Counsel for the defendants have spoken with the defendants and the defendants have no objections to the continuance sought herein.

4. The defendants are not in custody.

5. This continuance is sought to save the court's time and resources, to allow time for the Defendants and the Government to evaluate and analyze discovery information which will have a bearing on the future course of the indictment, and for effective preparation of counsel.

6. Additionally, denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

///

///

///

STIPULATION CONTINUING STATUS DATE, EXCLUDING TIME, AND [PROPOSED] ORDER

1    8.    The additional time requested by this stipulation is excludable in computing the
2 time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,
3 United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the
4 factors under Title 18 United States Code, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

DATED this 19th day of December, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____    12/19/07
MATTHEW A. PARRELLA    DATE
Assistant United States Attorney

_____    DATE
THOMAS J. NOLAN
Attorney for Defendant LEE

_____    DATE
EDWARD W. SWANSON
Attorney for Defendant GE

///
///
///

STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER

1  8.  The additional time requested by this stipulation is excludable in computing the
2  time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,
3  United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the
4  factors under Title 18 United States Code, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).
5
6  DATED this _____ day of December, 2007.
7
8  SCOTT N. SCHOOLS
   United States Attorney
9
10
11 _____  DATE _____
   MATTHEW A. PARRELLA
12 Assistant United States Attorney
13
   _____  DATE _____
14 THOMAS J. NOLAN
   Attorney for Defendant LEE
15
   _____ for  12/19/07
16 EDWARD W. SWANSON         DATE
   Attorney for Defendant GE
17
18 ///
19 ///
20 ///
21
22
23
24
25
26
27
28 STIPULATION CONTINUING STATUS DATE,
   EXCLUDING TIME, AND [PROPOSED] ORDER

1     8.     The additional time requested by this stipulation is excludable in computing the
2 time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,
3 United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the
4 factors under Title 18 United States Code, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

6 DATED this \_\_\_\_\_ day of December, 2007.

8 SCOTT N. SCHOOLS
   United States Attorney

11 MATTHEW A. PARRELLA                              DATE
    Assistant United States Attorney

                                                                        12/18/07
13 THOMAS J. NOLAN                                     DATE
    Attorney for Defendant LEE

16 EDWARD W. SWANSON                            DATE
    Attorney for Defendant GE

18 ///
19 ///
20 ///

28 STIPULATION CONTINUING STATUS DATE,
    EXCLUDING TIME, AND [PROPOSED] ORDER

Based upon the foregoing representations made by the parties by stipulated motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time between January 14, 2008 and January 28, 2008 shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth above, and for those reasons proffered by the parties. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

**IT IS FURTHER ORDERED** that the matter shall be removed from the Court's calendar on January 14, 2008, and continued to January 28, 2008, or a date thereafter at the convenience of the Court.

DATED: December 19, 2007

JAMES WARE
United States District Judge

STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER