1  Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant YUEFEI GE

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,              No. CR 06-0424 JW

12                        Plaintiff,

13           v.                            **STIPULATION AND [PROPOSED]
                                           ORDER SETTING APPEARANCE
14  LAN LEE and YUEFEI GE,                 DATE**

15                        Defendants.

16

17                          **STIPULATION**

18       Defendants Yuefei Ge and Lan Lee, by and through Edward W. Swanson and Thomas J.

19  Nolan, and the United States, by and through Assistant United States Attorney Matthew Parrella,

20  hereby stipulate and agree that the parties will appear before the Court for status and trial setting

21  on November 24, 2008 at 1:30 p.m.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    The parties further agree that time should be excluded until November 24, 2008 pursuant

2  to 18 U.S.C. § 3161(h)(8) due to the complexity of this case and to allow effective preparation of

3  counsel.  The parties agree that the ends of justice served by this continuance outweigh the best

4  interest of the public and the defendant in a speedy trial.

5    IT IS SO STIPULATED.

6

   Dated: October 23, 2008                              /s/

7                                                   Edward W. Swanson
                                                   SWANSON, McNAMARA & HALLER LLP
8                                                   Attorneys for YUEFEI GE

9  Dated: October 23, 2008                              /s/
                                                   Thomas J. Nolan
10                                                  NOLAN, ARMSTRONG & BARTON LLP
                                                   Attorneys for LAN LEE
11

   Dated: October 23, 2008                              /s/

12                                                  Matthew A. Parrella
                                                   Assistant United States Attorney
13

14

15                                **ORDER**

16    PURSUANT TO STIPULATION, IT IS SO ORDERED.  Time is excluded until

17  November 24, 2008 pursuant to 18 U.S.C. § 3161(h)(8) due to the complexity of this case and to

18  allow effective preparation of counsel.  The Court finds that the ends of justice served by this

19  continuance outweigh the best interest of the public and the defendant in a speedy trial.

20

21  Dated:    October 27, 2008                         _____
                                                   Hon. James Ware
22                                                  United States District Judge

23

24

25

26

27

28

**Stipulation and [Proposed] Scheduling Order**
*United States v. Lee*, CR 06-0424 JW                2