Thomas J. Nolan (SBN 48413)
Daniel Olmos (SBN 235319)
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Counsel for Defendant
LAN LEE

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
11/20/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAN LEE and YUEFEI GE, <br><br> Defendants. | No. CR 06-00424 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |

## STIPULATION

Defendants Lan Lee and Yuefei Ge, by and through their attorneys Thomas J. Nolan and Edward W. Swanson, and the United States, by and through Assistant United States Attorney Matthew Parrella, hereby agree and stipulate to continue the status conference now scheduled for November 24, 2008, at 1:30 p.m., to January 19, 2009, at 1:30 p.m.

The parties so stipulate because they agree that certain matters need to be resolved before the parties will be able to set a trial date. First, the defense served two entities with third-party subpoenas that ordered compliance prior to the November 24, 2008 status conference. In initial

meet and confer sessions following service of the subpoenas, the third parties raised concerns about the subpoenas and wanted to engage in further discussions with defense counsel before they respond. One of the third parties also indicated that it needed additional time to gather information concerning the request in order to engage in a meaningful meet and confer session. The defense intends to continue meeting with the third parties in the following weeks but believes that some issues concerning the subpoenas will likely have to be resolved by the magistrate. Second, the parties note that the defense has sought leave to file a motion for reconsideration of the Court's October 17, 2008, order granting in part and denying in part the defendants' motion to suppress. The defense request has been fully briefed and is pending before the Court.

IT IS SO STIPULATED

Date: November 20, 2008               _____/S/_____
                                      Thomas J. Nolan
                                      Attorney for Defendant LAN LEE

Date: November 20, 2008               _____/S/_____
                                      Edward W. Swanson
                                      Attorney for Defendant YUEFEI GE

Date: November 20, 2008               _____/S/_____
                                      Matthew A. Parrella
                                      Assistant United States Attorney

**ORDER AS MODIFIED:**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the status conference currently set for November 24, 2008, is continued to January **26**, 2009, at 1:30 p.m. Time is excluded until January 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8). The Court finds that the ends of justice served by this continuance outweigh the interests of the public and the defendants in a speedy trial.

Date:  November 20, 2008

Hon. James Ware
United States District Judge