1  Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant YUEFEI GE

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>       v.<br><br>LAN LEE and YUEFEI GE,<br><br>                    Defendants. | No. CR 06-0424 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING**<br><br>Date:  August 31, 2009<br>Time:  3:00 p.m.<br>Court: Hon. James Ware, Ctrm. 8 |

**STIPULATION**

Defendants Yuefei Ge and Lan Lee, by and through Edward W. Swanson and Thomas J. Nolan, and the United States, by and through Assistant United States Attorney Matthew Parrella, hereby stipulate and agree as follows:

1)   The parties previously filed various pretrial motions.  On July 15, the parties submitted a stipulation requesting a hearing on those motions on August 17, 19, or 21.  On July 29, the Court set the hearing for August 31 at 3:00 p.m.

2)   Counsel for Mr. Ge is not available on August 31.  This Court ordinarily hears criminal matters on Mondays; however, counsel for all three parties will not be available on a Monday until the end of September.  In order to resolve the pending pretrial motions sufficiently in advance of trial (which is scheduled to begin on October 20), the parties request that the Court

specially set this matter for hearing during the week of September 8.

    3)    One or more counsel is **unavailable** at the following times: September 8 before noon; September 9 before noon; September 10 before noon; September 11 before noon.

    4)    The parties therefore request that the Court specially set this matter for hearing during the afternoon of September 8, 9, 10, or 11.

IT IS SO STIPULATED.

Dated: August 12, 2009

    /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for YUEFEI GE

Dated: August 12, 2009

    /s/
Thomas J. Nolan
NOLAN, ARMSTRONG & BARTON LLP
Attorneys for LAN LEE

Dated: August 12, 2009

    /s/
Matthew A. Parrella
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on August 31 is vacated, and the matter is set for hearing at __1:30____ p.m. on September __8__, 2009.

Dated:  August 14, 2009

Hon. James Ware
United States District Court

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Lee*, CR 06-0424 JW    2