# UNITED STATES DISTRICT COURT

Northern DISTRICT OF California

UNITED STATES OF AMERICA

V.

LAN LEE AKA LAN LI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 06-00424-JW-001

    The Defendant was found not guilty as to Counts THREE (3) and FIVE (5) of the Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated as Counts THREE (3) and FIVE (5) of the Superseding Indictment ONLY.

_James Ware_
Signature of Judge

JAMES WARE, U.S. DISTRICT JUDGE
Name and Title of Judge

December 2, 2009
Date