Thomas J. Nolan, Esq. (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**
600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Lan Lee

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LAN LEE,<br><br>             Defendant. | No. CR 06-00424 JW<br><br>**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF CJA COUNSEL**<br><br>Date:   June 3, 2010<br>Time:   1:30 p.m.<br>Court:  Courtroom 5, 4th Floor<br>Judge:  The Hon. Patricia V. Trumbull |

   PLEASE TAKE NOTICE that on June 3, 2010, at 1:30 p.m., defendant, Lan Lee, will move this Court for appointed counsel to represent him on the basis that he is indigent. Such motion will be based upon the declarations submitted under seal and any testimony that may be necessary at said hearing.

Date: May 28, 2010                                        Respectfully submitted

                                                          NOLAN, ARMSTRONG & BARTON, LLP


                                                                  /s/
                                                          _____
                                                          Thomas J. Nolan
                                                          Attorney for Defendant Lan Lee

**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF CJA COUNSEL**
*United States v. Lan Lee*, **CR 06-00424 JW**
**1**