AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

V.

Lan Lee
also known as Lan Li

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR 06-00424-JW

     Pursuant to the Court's May 21, 2010 Order, the Defendant is found not guilty as to Counts One and Two.  IT IS ORDERED that the Defendant is acquitted, discharged, ~~and any bond exonerated.~~ *James Ware*

_James Ware_
Signature of Judge

Honorable James Ware, United States District Judge
Name and Title of Judge

June 30, 2010
Date