1
2
3
4
5

GIBSON, DUNN & CRUTCHER LLP
DENIS R. SALMON, SBN 72500
DSalmon@gibsondunn.com
SUSANNAH S. WRIGHT, *pro hac vice*
Swright2@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

FILED

2010 SEP -1  A 9: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

6
7

Attorneys for Non-Parties
NETLOGIC MICROSYSTEMS, INC.

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAN LEE,
  aka Lan Li, and

YUEFEI GE,

Defendants.

CASE NO. CR 06-0424 JW

[PROPOSED] ORDER GRANTING
STIPULATION AND MOTION TO
CONTINUE BY ONE WEEK THE
HEARING DATE ON DEFENDANTS'
MOTION FOR EVIDENTIARY HEARING
REGARDING NETLOGIC'S FAILURE TO
TIMELY PRODUCE DOCUMENTS IN
RESPONSE TO COURT ORDER

Date:    TBD
Time :   TBD
Court :  Hon. Patricia V. Trumbull

21
22
23
24
25
26
27
28

1

Gibson, Dunn &
Crutcher LLP

[Proposed] Order Granting Stipulation And Motion To Continue By One Week The Hearing Date On
Defendants' Motion For Evidentiary Hearing Regarding Netlogic's Failure To Timely Produce Documents In
Response To Court Order                                                    CASE NO. CR 06-0424 JW

1    Based upon the stipulation of the parties, and good cause appearing, it is hereby ordered that

2 the hearing on Defendants' Motion for Evidentiary Hearing Regarding NetLogic's Failure to Timely

3 Produce Documents in Response to Court Order (Docket No. 341) shall be continued to September

4 16, 2010 at 9:30 a.m.

5

6   **IT IS SO ORDERED.**

7

8 DATED: _9/1/10_

9         THE HONORABLE PATRICIA V. TRUMBULL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[Proposed] Order Granting Stipulation And Motion To Continue By One Week The Hearing Date On
Defendants' Motion For Evidentiary Hearing Regarding Netlogic's Failure To Timely Produce Documents In
Response To Court Order        CASE NO. CR 06-0424 JW