GIBSON, DUNN & CRUTCHER LLP
DENIS R. SALMON, SBN 72500
DSalmon@gibsondunn.com
SUSANNAH S. WRIGHT, *pro hac vice*
Swright2@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Non-Parties
NETLOGIC MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAN LEE,<br>    aka Lan Li, and<br><br>YUEFEI GE,<br><br>    Defendants. | CASE NO. CR 06-0424 JW<br><br>[XXXXXXXXXX] **ORDER GRANTING STIPULATION AND MOTION TO CHANGE THE STATED RESPONSE DATE FOR SUBPOENAS DUCES TECUM**<br><br>Date:    TBD<br>Time :   TBD<br>Court :  Hon. Patricia V. Trumbull |

1

[Proposed] Order Granting Stipulation And Motion To Change the Stated Response Date for Subpoenas Duces Tecum
CASE NO. CR 06-0424 JW

Gibson, Dunn & Crutcher LLP

1  Based upon the stipulation of the parties, and good cause appearing, it is hereby ordered that
2  the stated response date on the five subpoenas directed to the custodian of NetLogic Microsystems,
3  Inc, Ronald Jankov, Roland Cortes, James McDermott, and Varad Srinivisan shall be changed to
4  September 16, 2010.

**IT IS SO ORDERED.**

DATED: September 8, 2010

*Patricia V. Trumbull*

THE HONORABLE PATRICIA V. TRUMBULL

2

[Proposed] Order Granting Stipulation And Motion To Change the Stated Response Date for Subpoenas Duces Tecum
CASE NO. CR 06-0424 JW