Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant YUEFEI GE

FILED

SEP 3 0 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-0424 JW (PVT) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE |
| v. | |
| LAN LEE and YUEFEI GE, | |
| Defendants. | |

**STIPULATION**

Defendants Yuefei Ge and Lan Lee, by and through Edward W. Swanson and Thomas J. Nolan, and non-party NetLogic Microsystems, Inc., ("NLM") by and through Denis R. Salmon, hereby stipulate and agree as follows:

1) Defendants have filed a motion for evidentiary hearing (Docket 341). On September 23, 2010, Judge Ware ordered that this motion be heard by Magistrate Judge Trumbull. No hearing date has been set for this motion.

2) Non-party NLM has filed a motion to quash or modify various subpoenas served by the defendants (Docket 365). That motion is currently scheduled to be heard on October 7, 2010 at 9:30 a.m. Counsel for Mr. Lee is not available at that time.

3) The parties agree that both motions should be heard on October 7, 2010 at 2:00

1  p.m. The parties have consulted with the clerk and determined this time is convenient to the
2  Court.
3      4)     Counsel for the United States, Assistant United States Attorney Matthew Parrella,
4  has no objection to the proposed continuance and is available on October 7, 2010 at 2:00 p.m.

6  IT IS SO STIPULATED.

8  Dated: September 29, 2010                  /s/
                                              Edward W. Swanson
9                                             SWANSON & McNAMARA LLP
                                              Attorneys for YUEFEI GE

10 Dated: September 29, 2010                  /s/
11                                            Thomas J. Nolan
                                              NOLAN, ARMSTRONG & BARTON LLP
12                                            Attorneys for LAN LEE

13 Dated: September 29, 2010                  /s/
                                              Denis R. Salmon
14                                            GIBSON, DUNN & CRUTCHER LLP
                                              Attorneys for NETLOGIC
15                                            MICROSYSTEMS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants' motion for evidentiary hearing (Docket 341) and non-party NLM's motion to quash (Docket 365) are set for hearing on October 7, 2010 at 2:00 p.m. The hearing on October 7, 2010 at 9:30 a.m. is vacated.

Dated: 9/30/10

Hon. Patricia V. Trumbull
United States Magistrate Judge

**Stip. and [Proposed] Order Setting Hearing**
United States v. Lee, CR 06-0424 JW (PVT)          2