Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant YUEFEI GE

**FILED**

OCT 0 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-0424 JW (PVT) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| v. | |
| LAN LEE and YUEFEI GE, | |
| Defendants. | |

**STIPULATION**

Defendants Yuefei Ge and Lan Lee, by and through Edward W. Swanson and Thomas J. Nolan, and non-party NetLogic Microsystems, Inc., ("NLM") by and through Denis R. Salmon, hereby stipulate and agree as follows:

1) Defendants have filed a motion for evidentiary hearing (Docket 341), and non-party NLM has filed a motion to quash or modify various subpoenas served by the defendants (Docket 365). Both matters are set to be heard on October 7, 2010 at 2:00 p.m.

2) The parties are engaged in negotiations that may resolve both pending motions. The parties require additional time for these negotiations and therefore request that the hearing be continued to October 21, 2010 at 9:30 a.m.

///

3) Counsel for the United States, Assistant United States Attorney Matthew Parrella, has no objection to the proposed continuance and is available on October 21, 2010 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: October 1, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for YUEFEI GE

Dated: October 1, 2010

/s/
Thomas J. Nolan
NOLAN, ARMSTRONG & BARTON LLP
Attorneys for LAN LEE

Dated: October 1, 2010

/s/
Denis R. Salmon
GIBSON, DUNN & CRUTCHER LLP
Attorneys for NETLOGIC
MICROSYSTEMS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants' motion for evidentiary hearing (Docket 341) and non-party NLM's motion to quash (Docket 365) are set for hearing on October 21, 2010 at 9:30 a.m.

Dated: 10/4/2010

Hon. Patricia V. Trumbull
United States Magistrate Judge