```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4
   MATTHEW A. PARRELLA (NYSBN 2040855)
5  Assistant United States Attorney

6     150 Almaden Blvd., Suite 900
      San Jose, CA 95113
7     Telephone: (4408) 535-5061
      Facsimile: (408) 535-5066
      Email: matthew.parrella@usdoj.gov
8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00424 JW |
| Plaintiff, ) | |
| v. ) | AMENDED NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER |
| LAN LEE, ) a/k/a Lan Li, and ) | |
| YUEFEI GE, ) | (San Jose Venue) |
| Defendants. ) | |

The government hereby withdraws its previously-filed Notice of Dismissal (Docket 380) and replaces it with this Amended Notice of Dismissal.

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above superseding indictment with prejudice, and moves that the Court remove the case from its calendar on

///
///
///
///

NOTICE OF DISMISSAL
AND ORDER
CR-06-00424 JW

1  November 22, 2010 and December 7, 2010, and that the bonds submitted in this case be returned.

2

3  DATED:      October 25, 2010                    Respectfully submitted,

4                                                  MELINDA HAAG
                                                   United States Attorney
5
                                                          /s/
6                                                  _____
                                                   MATTHEW A. PARRELLA
                                                   Chief, CHIP Unit
7

NOTICE OF DISMISSAL
AND ORDER
CR-06-00424 JW                        2

1  Leave of Court having been granted to the government to dismiss the superseding indictment,

2  **IT IS HEREBY ORDERED** that the captioned indictment is dismissed with prejudice.

3  It is further ordered that the matter be removed from the Court's calendar on November 22, 2010

4  and December 7, 2010, and that the bonds submitted in this case be returned.

5  The Clerk shall close this file.

6  Date: October 27, 2010

       James Ware
       United States District Judge

NOTICE OF DISMISSAL
AND ORDER
CR-06-00424 JW                                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
AND ORDER
CR-06-00424 JW                                    4