Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant YUEFEI GE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>        v.<br><br>LAN LEE and YUEFEI GE,<br><br>        Defendants. | NO. CR 06-0424 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PROTECTIVE ORDER** |

**STIPULATION**

Defendants Yuefei Ge and Lan Lee, non-party NetLogic Microsystems, Inc. (NLM), and the United States hereby stipulate and agree as follows:

1)  On July 18, 2006 and on December 19, 2007, the Court entered a stipulated protective order between defendants and the United States. *See* Docket 19 and 44. On May 7, 2009, on stipulation of defendants, the government, and non-parties TSMC and NLM, the Court extended the protective order to govern production of documents by TSMC and NLM. *See* Docket 168.

2)  Under the terms of the protective orders described in paragraph 1, at the conclusion of the above-captioned matter, all material designated as "confidential" must be either destroyed or returned to the producing party, unless otherwise ordered by the Court. The parties agree that this provision should be revised to eliminate the requirement that confidential material be returned or destroyed.

3)  Defendants, the government, and non-party NLM stipulate that the protective order may be modified to provide that, at the conclusion of the above-captioned case, all "confidential

1  material" (as defined in the protective order) previously provided to defendants and their counsel is
2  to remain in the custody of counsel. Neither defendant shall retain possession of any "confidential
3  material," and all such material shall be securely kept in the offices of defendants' counsel who are
4  signatories to this stipulation and shall remain subject to the protections set forth in the protective
5  orders referenced in paragraph 1 above.  In the event defense counsel receives a subpoena or other
6  valid form of legal process calling for production of any "confidential material," counsel shall
7  provide reasonable advance notice to the government and counsel for NLM , as appropriate
8  depending on the documents sought, in order to allow sufficient time for objections to be heard
9  before producing any such material, and shall notify the requesting party of the restrictions set forth
10 herein and in the protective orders previously entered in this action

IT IS SO STIPULATED.

Dated: _____    /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for YUEFEI GE

Dated: _____    /s/
Thomas J. Nolan
NOLAN, ARMSTRONG & BARTON LLP
Attorneys for LAN LEE

Dated: _____    /s/
Denis R. Salmon
GIBSON, DUNN & CRUTCHER LLP
Attorneys for NETLOGIC MICROSYSTEMS, INC.

Dated: _____    /s/
Matthew A. Parrella
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
Hon. Patricia V. Trumbull
United States Magistrate Court