1  Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant YUEFEI GE



**FILED**

**NOV 2 4 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES,                          NO. CR 06-0424 JW (PVT)
10
            Plaintiff,                      **STIPULATION AND [PROPOSED] ORDER
11                                          MODIFYING PROTECTIVE ORDER**

12       v.

13  LAN LEE and YUEFEI GE,

14          Defendants.

15

16                              **STIPULATION**

17       Defendants Yuefei Ge and Lan Lee, non-party NetLogic Microsystems, Inc. (NLM), and the

18  United States hereby stipulate and agree as follows:

19       1)      On July 18, 2006 and on December 19, 2007, the Court entered a stipulated protective

20  order between defendants and the United States. *See* Docket 19 and 44. On May 7, 2009, on

21  stipulation of defendants, the government, and non-parties TSMC and NLM, the Court extended the

22  protective order to govern production of documents by TSMC and NLM. *See* Docket 168.

23       2)      Under the terms of the protective orders described in paragraph 1, at the conclusion of

24  the above-captioned matter, all material designated as "confidential" must be either destroyed or

25  returned to the producing party, unless otherwise ordered by the Court. The parties agree that this

26  provision should be revised to eliminate the requirement that confidential material be returned or

27  destroyed.

28       3)      Defendants, the government, and non-party NLM stipulate that the protective order

may be modified to provide that, at the conclusion of the above-captioned case, all "confidential

Gibson, Dunn &
Crutcher LLP

1   material" (as defined in the protective order) previously provided to defendants and their counsel is

2   to remain in the custody of counsel. Neither defendant shall retain possession of any "confidential

3   material," and all such material shall be securely kept in the offices of defendants' counsel who are

4   signatories to this stipulation  and shall remain subject to the protections set forth in the protective

5   orders referenced in paragraph 1 above.  In the event defense counsel receives a subpoena or other

6   valid form of legal process calling for production of any "confidential material," counsel shall

7   provide reasonable advance notice to  the government and counsel for NLM , as appropriate

8   depending on the documents sought, in order to allow sufficient time for objections to be heard

9   before producing any such material, and shall notify the requesting party of the restrictions set forth

10  herein and in the protective orders previously entered in this action

11          IT IS SO STIPULATED.

12  Dated:                              _____/s/_____
                                        Edward W. Swanson
13                                      SWANSON & McNAMARA LLP
                                        Attorneys for YUEFEI GE
14  Dated:                              _____/s/_____
                                        Thomas J. Nolan
15                                      NOLAN, ARMSTRONG & BARTON LLP
                                        Attorneys for LAN LEE
16  Dated:                              _____/s/_____
                                        Denis R. Salmon
17                                      GIBSON, DUNN & CRUTCHER LLP
                                        Attorneys for NETLOGIC MICROSYSTEMS,
18                                      INC.
    Dated:                              _____/s/_____
19                                      Matthew A. Parrella
                                        Assistant United States Attorney
20

21                              **ORDER**

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: 11/24/10                     _____
                                        Hon. Patricia V. Trumbull
24                                      United States Magistrate Court

25

26

27

28